UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EX PARTE APPLICATION OF LUDMILA KARYN COELHO, TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING UNDER 28 U.S.C. § 1782 | 25 Civ. 4101 (JHR) (RWL) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

    The Clerk of Court is directed to close the case.  ECF No. 9.

    SO ORDERED.

Dated:  July 2, 2026
       New York, New York

                                                        JENNIFER H. REARDEN
                                                      United States District Judge